AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| AFRICK, LANCE M. | USDC, EASTERN DISTRICT OF LA | 08/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL-TIME U.S. DISTRICT JUDGE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

500 POYDRAS STREET
ROOM C-405
NEW ORLEANS, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member and Past President | Allstate Sugar Bowl |
| 2. | Director | Africk Family Foundation, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Brown Sims, PC - wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Texas School of Law | March 5 - 7, 2015 | Austin, TX | Law School Program | hotel, transportation |
| 2. | New Orelans Bar Association | April 17 - 19, 2015 | Point Clear, AL | Bench Bar Conference | hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Africk Investments, Inc.(Y) | | | | | | | | | |
| 2. Africk Family Investments, LP (Y) | | | | | | | | | |
| 3. Louisiana Local Gov. Enviro (Municipal Bond) | A | Interest | J | T | | | | | |
| 4. Krispy Kreme Donuts, Inc. (Y) | | | | | | | | | |
| 5. RMA Tax Free Fund, Inc. (UBS) | A | Dividend | N | T | Buy | 01/05/15 | K | | |
| 6. | | | | | Sold (part) | 01/07/15 | J | | |
| 7. | | | | | Sold (part) | 01/08/15 | J | | |
| 8. | | | | | Sold (part) | 01/12/15 | J | | |
| 9. | | | | | Buy | 01/16/15 | J | | |
| 10. | | | | | Buy | 01/20/15 | J | | |
| 11. | | | | | Sold (part) | 01/21/15 | J | | |
| 12. | | | | | Sold (part) | 01/22/15 | J | | |
| 13. | | | | | Sold (part) | 01/27/15 | J | | |
| 14. | | | | | Sold (part) | 01/30/15 | J | | |
| 15. | | | | | Buy | 02/03/15 | J | | |
| 16. | | | | | Sold (part) | 02/10/15 | J | | |
| 17. | | | | | Sold (part) | 02/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 02/18/15 | J | | |
| 19. | | | | | Sold (part) | 02/24/15 | J | | |
| 20. | | | | | Buy | 03/03/15 | J | | |
| 21. | | | | | Buy | 03/04/15 | K | | |
| 22. | | | | | Sold (part) | 03/05/15 | J | | |
| 23. | | | | | Sold (part) | 03/09/15 | J | | |
| 24. | | | | | Sold (part) | 03/16/15 | J | | |
| 25. | | | | | Buy | 03/17/15 | J | | |
| 26. | | | | | Sold (part) | 03/23/15 | J | | |
| 27. | | | | | Sold (part) | 03/24/15 | J | | |
| 28. | | | | | Buy | 04/02/15 | K | | |
| 29. | | | | | Sold (part) | 04/06/15 | J | | |
| 30. | | | | | Buy | 04/16/15 | J | | |
| 31. | | | | | Sold (part) | 04/23/15 | J | | |
| 32. | | | | | Sold (part) | 04/28/15 | J | | |
| 33. | | | | | Buy | 05/04/15 | J | | |
| 34. | | | | | Buy | 05/05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 05/07/15 | L | | |
| 36. | | | | | Buy | 05/18/15 | J | | |
| 37. | | | | | Sold (part) | 05/22/15 | J | | |
| 38. | | | | | Buy | 06/02/15 | L | | |
| 39. | | | | | Buy | 06/03/15 | J | | |
| 40. | | | | | Buy | 06/08/15 | L | | |
| 41. | | | | | Sold (part) | 06/11/15 | J | | |
| 42. | | | | | Sold (part) | 06/12/15 | J | | |
| 43. | | | | | Buy | 06/16/15 | J | | |
| 44. | | | | | Sold (part) | 06/22/15 | J | | |
| 45. | | | | | Sold (part) | 06/23/15 | J | | |
| 46. | | | | | Sold (part) | 06/23/15 | J | | |
| 47. | | | | | Sold (part) | 06/29/15 | J | | |
| 48. | | | | | Buy | 07/02/15 | M | | |
| 49. | | | | | Sold (part) | 07/06/15 | J | | |
| 50. | | | | | Buy | 07/07/15 | J | | |
| 51. | | | | | Sold (part) | 07/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 07/16/15 | J | | |
| 53. | | | | | Sold (part) | 07/28/15 | J | | |
| 54. | | | | | Buy | 08/04/15 | J | | |
| 55. | | | | | Sold (part) | 08/17/15 | J | | |
| 56. | | | | | Buy | 08/18/15 | J | | |
| 57. | | | | | Sold (part) | 08/19/15 | J | | |
| 58. | | | | | Buy | 08/21/15 | J | | |
| 59. | | | | | Sold (part) | 08/27/15 | J | | |
| 60. | | | | | Sold (part) | 08/27/15 | M | | |
| 61. | | | | | Buy | 09/02/15 | J | | |
| 62. | | | | | Buy | 09/03/15 | J | | |
| 63. | | | | | Buy | 09/16/15 | J | | |
| 64. | | | | | Sold (part) | 09/17/15 | J | | |
| 65. | | | | | Sold (part) | 09/18/15 | J | | |
| 66. | | | | | Sold (part) | 09/25/15 | J | | |
| 67. | | | | | Buy | 10/02/15 | J | | |
| 68. | | | | | Buy | 10/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/20/15 | J | | |
| 70. | | | | | Sold (part) | 10/21/15 | J | | |
| 71. | | | | | Sold (part) | 10/28/15 | J | | |
| 72. | | | | | Buy | 11/03/15 | K | | |
| 73. | | | | | Buy | 11/17/15 | K | | |
| 74. | | | | | Sold (part) | 11/18/15 | J | | |
| 75. | | | | | Buy | 11/23/15 | K | | |
| 76. | | | | | Buy | 12/02/15 | K | | |
| 77. | | | | | Buy | 12/04/15 | M | | |
| 78. | | | | | Sold (part) | 12/09/15 | J | | |
| 79. | | | | | Sold (part) | 12/15/15 | J | | |
| 80. | | | | | Sold (part) | 12/16/15 | J | | |
| 81. | | | | | Sold (part) | 12/21/15 | J | | |
| 82. | | | | | Buy | 12/31/15 | J | | |
| 83. Facebook Inc. | | None | K | T | | | | | |
| 84. Allendale, MI Public Callable Bond | B | Interest | K | T | | | | | |
| 85. American Municipal Power OH Callable Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Maryland St. Health & Higher Bond | B | Interest | K | T | | | | | |
| 87. Louisville Jefferson KY Callable Bond | A | Interest | | | Redeemed | 05/15/15 | J | | |
| 88. Long Island Power Callable Bond | B | Interest | K | T | | | | | |
| 89. Illinois State FGIC Bond | C | Interest | L | T | | | | | |
| 90. Georgia Municipal Electric Bond | A | Interest | J | T | Redeemed (part) | 01/02/15 | J | | |
| 91. Clark CTNY Nevada School Callable Bond | B | Interest | K | T | | | | | |
| 92. Columbus OH Swr Callable Bond SER A | B | Interest | K | T | | | | | |
| 93. Columbus OH City Sch Callable Bond | B | Interest | K | T | | | | | |
| 94. Florida St. BER Callable Bond (2) | C | Interest | L | T | | | | | |
| 95. Connecticut St. Health & RV Callable Bond | B | Interest | K | T | | | | | |
| 96. Connecticut St. Health & Ser Callable Bond | A | Interest | J | T | | | | | |
| 97. Atlanta GA Water &Wastewater Rev Bond SER A | C | Interest | L | T | | | | | |
| 98. District Columbia Rev Callable Bond | A | Interest | J | T | | | | | |
| 99. Houston TX Util Sys Callable Bond | B | Interest | L | T | | | | | |
| 100. Connecticut ST Gen Rev Callable Bond SRD | A | Interest | J | T | | | | | |
| 101. Duval Co FL Sch Callable Bond | B | Interest | | | Redeemed | 07/01/15 | L | | |
| 102. Florida St Brd Ed Lottery SR A | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Nevada St FGIC Callable Bond | B | Interest | K | T | | | | | |
| 104. Univ Houston TX Callable Bond | B | Interest | K | T | | | | | |
| 105. Kendall & Kane Countys Pref (frm Kendall & Kane Countys Callable Bond) | A | Interest | J | T | | | | | |
| 106. Kendall & Kane Countys (formerly Kendall & Kane Countys Callable Bond) | A | Interest | K | T | | | | | |
| 107. Florida St. Dept Environmen. Callable Bond (3) | C | Interest | L | T | | | | | |
| 108. University Ill Unv Callable Bond | A | Interest | J | T | | | | | |
| 109. Kentucky Infrastruct Callable Bond | C | Interest | L | T | | | | | |
| 110. Florida St Brd Ed. Lottery SrB | B | Interest | K | T | | | | | |
| 111. Metropolitan Trans AUNY SER A (2) | C | Interest | L | T | | | | | |
| 112. Metropolitan Trans Auth NY Bond SERIES F | B | Interest | K | T | Redeemed (part) | 11/16/15 | K | | |
| 113. Ohio St. Ser A Callable Bond | B | Interest | L | T | | | | | |
| 114. Pennyslvania Higher Ed Callable Bond | B | Interest | K | T | | | | | |
| 115. San Antonio TX Elec Callable Bond (2)(X) | C | Interest | L | T | | | | | |
| 116. Texas State (formerly Texas Transport Comm Gen Callable Bond) | A | Interest | K | T | | | | | |
| 117. Amarillo Tex CTFS Callable Bond | B | Interest | K | T | | | | | |
| 118. Conneticut St Gen Ser A Callable Bond | B | Interest | K | T | | | | | |
| 119. Florida St Brd Ed Pub Callable Bond SRD | B | Interest | | | Redeemed | 06/01/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Mass St Port Au Rev Callable Bond | B | Interest | | | Redeemed | 07/01/15 | K | | |
| 121. Florida St Brd Educ Pub Callable Bond | B | Interest | L | T | | | | | |
| 122. John Hancock Variable Annuity | | None | N | T | | | | | |
| 123. Blackrock MUN Target Term Trust | C | Dividend | L | T | | | | | |
| 124. Nuveen Inter Duration | C | Dividend | L | T | | | | | |
| 125. Pimco Dynamic CR Income FD | C | Dividend | K | T | | | | | |
| 126. Louisiana St Gas & Fuels Tax | A | Interest | M | T | | | | | |
| 127. Louisiana St RFDG SER C | C | Interest | M | T | | | | | |
| 128. Metro Atlanta Rapid GA SER B (formerly Metropolitan Allstat Rapid..) | B | Interest | L | T | | | | | |
| 129. Pueblo Cnty Colo CTFS PARTN Cnty Judicial Complex | B | Interest | K | T | | | | | |
| 130. Atlanta GA WTR & WASTE WATER FSA SR B | B | Interest | K | T | | | | | |
| 131. Boynton Beach Fla Util Sys Rev | B | Interest | K | T | | | | | |
| 132. Miami Dade Cnty Fla SCH BRD CTFS SER B | C | Interest | L | T | | | | | |
| 133. Louisiana LOC GOVT Environmental Assur SR B | B | Interest | K | T | | | | | |
| 134. Center Coast MLP & Infrastructure FD | C | Dividend | K | T | | | | | |
| 135. New Jersey ST Trans TRFD SER AA (2)(X) | C | Interest | M | T | | | | | |
| 136. Midland Cnty TEX Fresh WTR Supply DIST (2)(X) | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. University WIS Hosps & Clinics Auth Rev SER A | B | Interest | L | T | | | | | |
| 138. Apple Inc | A | Dividend | K | T | | | | | |
| 139. New Jersey Econ DevAuth Rev RFDG-SCH FACS CONSTR-SERNN | | None | M | T | | | | | |
| 140. Nuveen Ltd Municipal Bond Fund | A | Dividend | K | T | Buy (add'l) | 01/15/15 | J | | |
| 141. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 142. | | | | | Sold (part) | 06/24/15 | J | A | |
| 143. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 144. AT&T Inc. | A | Dividend | J | T | | | | | |
| 145. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 146. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 147. First Eagle Global Fund Class A | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 148. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 149. Templeton Global Bond Fund (formerly Franklin/Templeton...) | A | Dividend | | | Sold | 11/13/15 | K | | |
| 150. FPA Crescent Fund | B | Dividend | K | T | Buy (add'l) | 01/15/15 | J | | |
| 151. Altria Group, Inc. | A | Dividend | J | T | | | | | |
| 152. Starbucks Corp | A | Dividend | J | T | Buy (add'l) | 04/15/15 | J | | |
| 153. Yacktman Focused Fund | B | Dividend | J | T | Buy (add'l) | 12/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Lord Abbett Bond Debenture Fund | A | Dividend | J | T | Buy (add'l) | 06/25/15 | J | | |
| 155. Guggenheim Macro Opportunities Fund Class A | B | Dividend | K | T | | | | | |
| 156. Berkshire Hathaway CL B | | None | J | T | | | | | |
| 157. Corning Inc DF | A | Dividend | | | | | | | |
| 158. Fidelity Advisor Floating Rate High Income Fund | A | Dividend | | | | | | | |
| 159. Neuberger Berman Long Short Fund Class | A | Dividend | K | T | | | | | |
| 160. Gotham Absolute Return | A | Dividend | | | Sold (part) | 06/24/15 | J | A | |
| 161. | | | | | Sold | 06/25/15 | J | | |
| 162. Lorillard Inc. | A | Dividend | | | Sold | 06/12/15 | J | B | |
| 163. Goldman Sachs Strategic Income CLI | A | Dividend | K | T | Sold (part) | 02/26/15 | K | A | |
| 164. PIMCO Income Fund Class P | A | Dividend | | | Sold | 01/14/15 | J | A | |
| 165. Loomis Sayles Strategic Income Fund | A | Dividend | | | Sold (part) | 06/24/15 | J | A | |
| 166. | | | | | Sold | 11/13/15 | J | A | |
| 167. Apple Inc | A | Dividend | J | T | Buy (add'l) | 06/26/15 | J | | |
| 168. Qualcomm Inc DE | A | Dividend | | | Sold | 11/17/15 | J | | |
| 169. Avenue Credit Strategies Fund | A | Dividend | | | Sold | 01/15/15 | J | A | |
| 170. Goldman Sachs, Inc Bder I | B | Dividend | K | T | Buy (add'l) | 02/26/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Goldman Sachs Strategic Income CLI | A | Dividend | J | T | | | | | |
| 172.  First Eagle Gloval Income Builder | A | Dividend | J | T | | | | | |
| 173.  Prudential Short Duration High Yield Tax | A | Dividend | J | T | | | | | |
| 174.  Lord Abbott Short Duration Income | A | Dividend | J | T | | | | | |
| 175.  New York ST Dorm Auth REV Non State Supported Debt | A | Interest | L | T | Buy | 06/08/15 | L | | |
| 176.  Pennsylvania ST TPK Commn TPK REV for Issued DTD | A | Interest | M | T | Buy | 06/08/15 | M | | |
| 177.  Univ ALA At Birmingham HOSP REV SER A | C | Interest | M | T | Buy | 06/09/15 | M | | |
| 178.  Boeing Company Symbol BA | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 179.  British Amer Tabacco PLC GB SPON ADR | | | J | T | Buy | 08/24/15 | J | | |
| 180.  Colgate Palmolive Co Symbol CL | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 181.  Crane Co Symbol CR | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 182.  Diago PLC New GB SPON ADR Symbol DEO | | | J | T | Buy | 08/24/15 | J | | |
| 183.  Dominion Resources Inc | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 184.  Home Depot Inc Symbol HD | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 185.  Illinois Tool Works Inc Symbol ITW | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 186.  Intel Corp Symbol INTC | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 187.  Johnson Controls Inc. Symbol JCI | A | Dividend | J | T | Buy | 08/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 188. Microsoft Corp Symbol MSFT | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 189. Medtronic PLC Symbol MDT | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 190. Nordstrom Inc Symbol JWN | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 191. Novartis AG SPON ADR Symbol NVS | | | J | T | Buy | 08/24/15 | J | | |
| 192. Nextera Energy Inc COM Symbol NEE | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 193. Occidental Petroleum CRP Symbol OXY | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 194. Pepsico Inc Symbol PEP | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 195. Rockwell Automation Inc NEW Symbol ROK | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 196. Invesco LTD Symbol IVZ | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 197. Schlumberger LTD Netherland Antilles Symbol SLB | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 198. Toronto Dominion BK New Canada CAD Symbol TD | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 199. Texas Instruments Symbol TXN | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 200. Union Pacific Corp Symbol UNP | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 201. United Technologies Corp Symbol UTX | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 202. VF Corp Symbol VFC | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 203. Yum Brands Inc Symbol YUM | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 204. RJS Center Coast MLP & Exp (X) | | | | | Sold | 04/15/15 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Lincoln NE SAN SWR RV (X) | A | Interest | | | Redeemed | 06/15/15 | K | | |
| 206. New Jersey St Hghr Ed SR2 (X) | A | Interest | K | T | Redeemed (part) | 06/06/15 | J | | |
| 207. Oakland CA USD Alameda (X) | A | Interest | | | Redeemed | 08/20/15 | J | | |
| 208. Rancho Calif Wtr Ser D (X) | A | Interest | | | Redeemed | 09/02/15 | J | | |
| 209. Oregon State AMT (X) | A | Interest | | | Redeemed | 10/01/15 | J | | |
| 210. Suffolk Cnty NY Rev (X) | A | Interest | | | Redeemed | 11/20/15 | K | | |
| 211. Cook County ILL TWP High (X) | A | Interest | | | Redeemed | 12/01/15 | K | | |
| 212. Avalon Hldgs Symbol AVOL (X) | | | J | T | | | | | |
| 213. Ecolab Inc Symbol ECL (X) | A | Dividend | M | T | | | | | |
| 214. Inovalon Hldgs Symbol INOV (X) | | | J | T | | | | | |
| 215. Brevard Co Fla Sch Brd (x) | A | Interest | K | T | | | | | |
| 216. Cedar Hill Tex CTFS Sync (X) | A | Interest | K | T | | | | | |
| 217. Canadian Riv Mun Tex Rev (X) | A | Interest | K | T | | | | | |
| 218. Rhode Island Providence Plant (X) | A | Interest | K | T | | | | | |
| 219. Cape Coral FL WTR SWR (X) | A | Interest | J | T | | | | | |
| 220. Bastrop Cnty Texas (X) | A | Interest | J | T | | | | | |
| 221. Mass Hlth Ed FAC AU RVA (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Tampa-Hillsborough Cnty Assur A (X) | A | Interest | K | T | | | | | |
| 223. Delaware VY PA Regl Auth (X) | A | Interest | K | T | | | | | |
| 224. Jacksonville Elec Au FL SR C (X) | B | Interest | L | T | | | | | |
| 225. Mass ST GO Consol Ln SR A (X) | A | Interest | K | T | | | | | |
| 226. Miami Dade Cnty FL Edl SR B (X) | B | Interest | L | T | | | | | |
| 227. Conneticut ST Health & Edl SR T (X) | A | Interest | K | T | | | | | |
| 228. New York ST Dorm Auth SR C (X) | A | Interest | K | T | | | | | |
| 229. Broward CO FL Arpt SR C (X) | B | Interest | L | T | | | | | |
| 230. Jacksonville FL Sales T Assur (X) | A | Interest | J | T | | | | | |
| 231. Deltona FL Util Sys (X) | B | Interest | K | T | | | | | |
| 232. Tangipahoa Par LA Hsp (X) | A | Interest | K | T | | | | | |
| 233. Hartford CT For Issues D SR A (X) | B | Interest | L | T | | | | | |
| 234. Memphis Ctr City Fin (X) | B | Interest | K | T | | | | | |
| 235. California ST Univ System SR A (X) | B | Interest | L | T | | | | | |
| 236. Daytona Beach FL Util S (X) | B | Interest | L | T | | | | | |
| 237. New Jersey Trans Trust Fund (X) | A | Interest | K | T | | | | | |
| 238. Indiannapolis Ind Loc Pub SER L (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Brazoria Cnty TX CTFS (X) | A | Interest | K | T | | | | | |
| 240. NJ ECO DV Uth Sch SR NN (2)(X) | D | Interest | M | T | | | | | |
| 241. Las Vegas NV GO LT (X) | A | Interest | K | T | | | | | |
| 242. Southern ILL Univ Revs (X) | A | Interest | J | T | | | | | |
| 243. North Carolina Infrastru (X) | B | Interest | L | T | | | | | |
| 244. Tampa FL Hosp SR B (X) | A | Interest | K | T | | | | | |
| 245. Vermont ST Pub Pwr Sply (X) | A | Interest | K | T | | | | | |
| 246. Philadelphia PA Wstewtr SR C (X) | A | Interest | J | T | | | | | |
| 247. Conneticut ST for Issue SR E (X) | A | Interest | L | T | | | | | |
| 248. Univ IL Brd Trust EES CT (X) | A | Interest | J | T | | | | | |
| 249. Daytona Beach FL Util Due 110127 (X) | B | Interest | L | T | | | | | |
| 250. Miami FL Special Oblig (X) | A | Interest | K | T | | | | | |
| 251. North TEX TWY Auth Rev SER A (X) | A | Interest | K | T | | | | | |
| 252. Will Co IL Cmnty Hsd NO SR A (X) | A | Interest | K | T | | | | | |
| 253. Maryland St Cmty Dev (X) | A | Interest | K | T | | | | | |
| 254. Miami Dade Cnty Fla Sch Partn (X) | B | Interest | J | T | | | | | |
| 255. Indiana Mun Pwr Agy Pwr SR A (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. NJ ECO DV UTH Due Due 030124 | A | Interest | K | T | | | | | |
| 257. Onondaga Cnty NY Indl (X) | A | Interest | K | T | | | | | |
| 258. Kansas City Mo SPL OBLIG SR B (X) | B | Interest | M | T | | | | | |
| 259. Texas St SR A (X) | B | Interest | L | T | | | | | |
| 260. South Jersey ort Corp M RV (X) | A | Interest | K | T | | | | | |
| 261. New York St Twy Auth St SR A (X) | B | Interest | L | T | | | | | |
| 262. New Jersey Trans Trust SR AA (X) | B | Interest | K | T | | | | | |
| 263. Atlanta GA Pub Safety & Judicial Rev (X) | A | Interest | K | T | | | | | |
| 264. New Jersey St Tok Auth SER A (X) | A | Interest | K | T | | | | | |
| 265. Victoria TX ISD (X) | A | Interest | K | T | | | | | |
| 266. Louisiana St Gas & Fuels FSA SR A (X) | C | Interest | K | T | | | | | |
| 267. Pennsylvania St Tpk SR A-1 (X) | C | Interest | K | T | | | | | |
| 268. Univ Pittsburgh SR B RV (X) | A | Interest | K | T | | | | | |
| 269. Connecticut St Gen SER C (X) | B | Interest | L | T | | | | | |
| 270. Spring Tex Indpt Sch Dist (X) | A | Interest | J | T | | | | | |
| 271. Fort Bend Cnty TX LTD (X) | A | Interest | K | T | | | | | |
| 272. Miami-Dade Cnty FL Edl (X) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Connecticut ST Health & Rev NPFG (X) | A | Interest | K | T | | | | | |
| 274. Palm Beach Cnty FL Sch Brd (X) | A | Interest | J | T | | | | | |
| 275. Univ IL Brd Trust EES Pre-Ref (X) | A | Interest | J | T | | | | | |
| 276. Pennsylvania St SR A (X) | B | Interest | L | T | | | | | |
| 277. Alabama St Pub Sch & Clge (X) | A | Interest | K | T | | | | | |
| 278. New Haven Connecticut GO SER 08A (X) | A | Interest | K | T | | | | | |
| 279. Texas ST Univ Sys FING R (X) | A | Interest | K | T | | | | | |
| 280. Oak Island NC Enterprise Asur (X) | A | Interest | J | T | | | | | |
| 281. Mobile Ala Master Ambac (X) | A | Interest | K | T | | | | | |
| 282. Oregon ST Elderly & Disabled (X) | A | Interest | J | T | | | | | |
| 283. South Jersey Port Corp RV (X) | A | Interest | K | T | | | | | |
| 284. Texas St SR A (X) | B | Interest | K | T | | | | | |
| 285. Univ IL UNV NATIO RV (X) | A | Interest | J | T | | | | | |
| 286. New Jersey ST CTFS Partn SER A (X) | A | Interest | K | T | | | | | |
| 287. Torrance Calif HP RV TOR (X) | A | Interest | K | T | | | | | |
| 288. Connecticut St Health & Edl SER J (X) | A | Interest | K | T | | | | | |
| 289. Gulfport MS Hosp REV (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Maine Health & Higher ED (X) | A | Interest | J | T | | | | | |
| 291. NYS Dorm AU REVS Non St (X) | A | Interest | K | T | | | | | |
| 292. Cucamonga VY CA Wtr SER A (X) | B | Interest | L | T | | | | | |
| 293. Palm Beach Co Fla Hsg SR A (X) | A | Interest | J | T | | | | | |
| 294. Miami-Dade Cnty Fla Spl SR A (X) | A | Interest | L | T | | | | | |
| 295. Orlando Orange Cnty FL (X) | A | Interest | K | T | | | | | |
| 296. Orange Cnty FL Transit (X) | A | Interest | J | T | | | | | |
| 297. Greenwood SC 50 Sch FAC (X) | A | Interest | J | T | | | | | |
| 298. Hialeah Fla Hsg Auth REV (X) | A | Interest | J | T | | | | | |
| 299. Mass St Wtr Res Au SR B (X) | A | Interest | J | T | | | | | |
| 300. Blackrock Municipal 2020 Term (X) | A | Dividend | K | T | | | | | |
| 301. Blackrock Munivest Fund II (X) | A | Dividend | K | T | | | | | |
| 302. Blackrock Municipal Income (X) | B | Dividend | K | T | | | | | |
| 303. Invesco High Yield Municipal Fund (X) | C | Dividend | M | T | | | | | |
| 304. Aegon N V PRP CP SEC (X) | A | Dividend | K | T | | | | | |
| 305. Polen Growth Fund Class I | A | Dividend | J | T | Buy | 11/13/15 | J | | |
| 306. Technology Sector Spdr Trust | A | Dividend | J | T | Buy | 11/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. UBS Bank USA DEP (X) | A | Interest | K | T | | | | | |
| 308. Nuveen Real Asset Income Fund Class C | | | J | T | Buy | 01/20/15 | J | | |
| 309. First Eagle Global Fund Class C | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 310. American Century Equity Income | | | J | T | Buy | 01/20/15 | J | | |
| 311. Pimco Income Fund Class C (X) | A | Dividend | J | T | | | | | |
| 312. Alliance Bornstein High Income Muni | A | Dividend | K | T | Buy | 01/15/15 | J | | |
| 313. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 314. Vodafone Group PLC | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 315. | | | | T | Buy (add'l) | 06/26/15 | J | | |
| 316. American bn Lndn Inc | A | Dividend | J | T | Buy | 01/30/15 | J | | |
| 317. Energy Sector Spdr Trust | A | Dividend | J | T | Buy | 03/06/15 | J | | |
| 318. First Eagle Overseas Fund Class 1 | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 319. Financial Sector Spdr Trust ETE | A | Dividend | J | T | Buy | 06/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 08/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Multiple previously unreported assets were distributed to the reporter from the no-longer reportable assets: Africk Investments, Inc and Africk Family Investments, LP.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LANCE M. AFRICK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544